# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * | * | |
| MATTHIAS NIKOLAKOPULOS | * | |
| and ANNIKA NIKOLAKOPULOS, | * | No. 13-374V |
| on behalf of A.N., | * | |
| | * | Special Master Christian J. Moran |
| Petitioners, | * | |
| | * | Filed: August 18, 2015 |
| v. | * | |
| | * | Attorneys' fees and costs; award |
| SECRETARY OF HEALTH | * | in the amount to which |
| AND HUMAN SERVICES, | * | respondent does not object. |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

<u>Diana L. Stadelnikas Sedar</u>, Maglio, Christopher and Toale, Sarasota, FL, for Petitioners;
<u>Linda Renzi</u>, United States Dep't of Justice, Washington, DC, for Respondent.

### UNPUBLISHED DECISION ON FEES AND COSTS[1]

On August 13, 2015, petitioners filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter. Previously, petitioners informally submitted a draft application for attorneys' fees and costs to respondent for review. Upon review of petitioners' application, respondent raised objections to certain items. Based on subsequent discussions, petitioners amended their application to request $30,896.18, an amount to which respondent does not object. The Court awards this amount.

On June 5, 2013, Matthias and Annika Nikolakopulos filed a petition for compensation on behalf of their daughter, A.N., alleging that vaccines A.N.

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

received on September 12, 2011, caused her to suffer Guillain-Barré syndrome ("GBS"). Petitioners received compensation based upon the parties' stipulation. <u>Decision</u>, issued Feb. 11, 2015. Because petitioners received compensation, they are entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

Petitioners seek a total of **$24,300.00**, in attorneys' fees and costs for their counsel. Additionally, in compliance with General Order No. 9, petitioners state that they incurred **$6,596.18**, in out-of-pocket litigation expenses while pursuing this claim. Respondent has no objection to the amount requested for attorneys' fees and costs.

After reviewing the request, the Court awards the following:

a. **A lump sum of $24,300.00, in the form of a check made payable to petitioners and petitioners' attorney, Diana L. Stadelnikas Sedar, for attorneys' fees and other litigation costs available under 42 U.S.C. § 300aa-15(e).**

b. **A lump sum of $ 6,596.18, payable to petitioners, Matthias and Annika Nikolakopulos, and petitioners' guardianship attorney, James Spaustat, for costs incurred in pursuit of thier petition.**

The Court thanks the parties for their cooperative efforts in resolving this matter. The Clerk shall enter judgment accordingly.

Any questions may be directed to my law clerk, Mary Holmes, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran<br>
Christian J. Moran<br>
Special Master